JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA D., | Case No. SACV 18-1439-KK |
| Plaintiff, | |
| v. | JUDGMENT |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to sentence four of 42 U.S.C. § 405(g), IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED, and this action is REMANDED for further administrative proceedings.

Dated: October 09, 2019

HONORABLE KENLY KIYA KATO
United States District Judge