1 | JIMMY O. EWENIKE, CSBN 133406
Law Offices of Jimmy Ewenike
2 | 515 West Commonwealth Avenue, Suite 210
Fullerton, CA. 92832
3 | Telephone: (714) 773-0611
Facsimile: (714) 519-3830
4 | E-Mail: ewenike@yahoo.com

6 | NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
7 | Assistant United States Attorney
Chief, Civil Division
8 | CEDINA M. KIM
Assistant United States Attorney
9 | Senior Trial Attorney, Civil Division
PAUL SACHELARI, CSBN 230082
10 | Special Assistant United States Attorney
  160 Spear Street, Suite 800
11 | San Francisco, CA  94105
  Telephone: (415) 977-8933
12 | Facsimile: (415) 744-0134
  Email: paul.sachelari@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| Ms. Cecilia De Leon )<br>)<br>)<br>)<br>)<br>    Plaintiff,    )<br>)<br>    v.    )<br>)<br>Andrew Saul, Commissioner of )<br>Social Security )<br>)<br>)<br>    Defendant.    )<br>) | CASE NO. SACV 18 01439 KK<br><br>[PROPOSED] ORDER RE:<br>STIPULATION FOR AWARD AND<br>PAYMENT OF ATTORNEY FEES<br>PURSUANT TO THE EQUAL ACCESS TO<br>JUSTICE ACT, 28 U.S.C. §<br>2412(d), AND COSTS PURSUANT TO<br>28 U.S.C. § 1920 |

   Based upon the parties' concurrently filed Joint Stipulation

for Award and Payment of Attorney Fees Pursuant to the Equal Access

to Justice Act, 28 U.S.C. § 2412(d), and Costs Pursuant to 28 U.S.C. § 1920 Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff be awarded Nine Thousand, Five Hundred Dollars, and Zero Cents ($9,500) in attorney fees, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and Zero Dollars and Zero Cents ($0.0) in costs, under 28 U.S.C. § 1920, subject to the terms of the stipulation.

Dated: 12/18/19

HON. KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE